Elizabeth A. Falcone, OSB No. 111694
elizabeth.falcone@ogletree.com
Amy C. Knapp, OSB No. 163224
amy.knapp@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone:	503.552.2140
Fax:		503.224.4518

Attorneys for Defendants
LA QUINTA WORLDWIDE, LLC; LQ MANAGEMENT L.L.C.,
& LA QUINTA FRANCHISING LLC

*(Additional Counsel Listed
on Following Page )*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| JESSICA BERNAL WICKLIFF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LA QUINTA WORLDWIDE LLC, a foreign Limited Liability Company; LQ MANAGEMENT LLC, a foreign Limited Liability Company; LA QUINTA FRANCHISING LLC, a foreign Limited Liability Company; OREGON HOSPITALITY GROUP LLC, a Washington Limited Liability Company, AND ASHOO OHRI, individually,<br><br>　　　　Defendants. | Case No.: 6:16-cv-01818-AA<br><br>**STIPULATED ORDER OF DISMISSAL** |

1 – STIPULATED ORDER OF DISMISSAL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone:  503.552.2140 | Fax: 503.224.4518

Christopher E. Hawk, OSB No. 061635
chawk@grsm.com
David W. Cramer, OSB No. 113621
dcramer@grsm.com
Gordon Rees Scully Mansukhani, LLP
121 SW Morrison Street
Suite 1575
Portland, OR 97204
Telephone:    503.227.8269

Attorneys for Defendants
OREGON HOSPITALITY GROUP, LLC AND ASHOO OHRI

Richard E Slezak OSB #862906
res@slezaklaw.com
Richard E Slezak PC
6446 Fairway Avenue SE
Suite 120
Salem, OR 97306
Telephone:    503 315-2022

Attorney for Plaintiff
JESSICA BERNAL WICKLIFF

TO THE HONORABLE COURT AND TO ALL PARTIES OF RECORD AND THEIR COUNSEL:  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, through their undersigned counsel, hereby stipulate to the dismissal of this entire matter, with prejudice, including all claims and cross-claims in this action against Defendants La Quinta Worldwide, LLC, LQ Management L.L.C., La Quinta Franchising LLC, Oregon Hospitality Group, LLC, and Ashoo Ohri, with prejudice, and without attorneys' fees or costs to any party.

**IT IS SO ORDERED** this action is hereby dismissed with prejudice and without attorneys' fees or costs to any party.

DATED this _____ day of _____, 2018.

_____
Judge Anne L. Aiken

**IT IS SO STIPULATED:**

Dated:  August 29, 2018

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By:    s/ Elizabeth A. Falcone
     Elizabeth A. Falcone, OSB No. 111694
     elizabeth.falcone@ogletree.com
     Amy C. Knapp, OR 163224
     amy.knapp@ogletree.com
     503.552.2140
     Attorneys for Defendants
     LA QUINTA WORLDWIDE, LLC; LQ MANAGEMENT L.L.C.; LA QUINTA FRANCHISING LLC

3 – STIPULATED ORDER OF DISMISSAL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone:  503.552.2140 | Fax: 503.224.4518

                                              **GORDON REES SCULLY MANSUKHANI, LLP**

Dated: August 29, 2018            By:   s/ Christopher E. Hawk[1]
                                                      Christopher E. Hawk, OSB No. 061635
                                                      chawk@grsm.com
                                                      David W. Cramer, OSB No. 113621
                                                      dcramer@grsm.com
                                                      503.227.8269
                                                      Attorneys for Defendants
                                                     OREGON HOSPITALITY GROUP, LLC
                                                     AND ASHOO OHRI

                                                    **RICHARD E SLEZAK PC**

Dated: August 29, 2018            By:   s/ Richard E. Slezak[2]
                                                        Richard E Slezak OSB #862906
                                                     res@slezaklaw.com
                                                     503 315-2022
                                                     Attorney for Plaintiff
                                                     JESSICA BERNAL WICKLIFF

---

[1] Authorization to sign given via email on August 29, 2018.

[2] Authorization to sign given via email on August 29, 2018.

# CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2018, I served the foregoing **STIPULATED ORDER OF DISMISSAL** on:

Richard E Slezak
res@slezaklaw.com
6446 Fairway Avenue SE
Suite 120
Salem, OR 97306

Attorney for Plaintiff
JESSICA BERNAL WICKLIFF

Christopher E. Hawk
chawk@grsm.com
David W. Cramer
dcramer@grsm.com
Gordon & Rees
121 SW Morrison Street
Suite 1575
Portland, OR 97204

Attorneys for Defendants
OREGON HOSPITALITY GROUP, LLC and ASHOO OHRI

- ☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

- ☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

- ☐ by causing a true and correct copy to be **hand-delivered** to the last known address of each person listed above. It was contained in a sealed envelope and addressed as stated above.

- ☐ by causing a true and correct copy to be delivered **via overnight courier** to the last known address of each person listed above. It was contained in a sealed envelope, with courier fees paid, and addressed as stated above.

- ☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By:   s/ Sarah Churchill
         Sarah Churchill, Practice Assistant
         sarah.churchill@ogletree.com
         503.552.2140

34990459.1